35 So.2d 925

**Dillard SAVAGE v. STATE.**

6 Div. 556.

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.